CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: __MADISON_____

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____  DOCKET # _3:19CR138CWR_
SAME DEFENDANT _____  NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _3:19mj226-LRA_
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: _NELSON EVARISTO LOPEZ-OROZCO_

**U.S. ATTORNEY INFORMATION:**

AUSA _MARY HELEN WALL_     BAR # _100857_

INTERPRETER: ___ NO _X_ YES   LIST LANGUAGE AND/OR DIALECT: _SPANISH_

**LOCATION STATUS:** ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _1_     ___ PETTY  ___ MISDEMEANOR  _1_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 _8:1326A.F_ | 8 USC § 1326(a)(1) & (2) | Reentry of deported Alien | 1 |

Date: _8/19/19_     SIGNATURE OF AUSA: _Kimberly Purdie for Mary Helen Wall_

Revised 2/26/2010